DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Frank Edmonds, Jr. | ) | |
| | ) | CASE NO. 03CV7482 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Neil Turner, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Court grants in part and denies in part Defendants' Fed. R. Civ. P. 12(c) Motion for Judgment on the Pleadings. As to Counts One, Three, Four, Five, Six and Seven, the Motion is denied. As to Counts Two and Nine, the Motion is granted. As to Counts Eight and Ten, the Motion is granted only as to Defendant North Central Correctional Institution and the individually named Defendants in their official capacity. Counts Eight and Ten shall remain in this action as alleged against the individually named Defendants in their individual capacities.

IT IS SO ORDERED.

| | |
|---|---|
|  April 28, 2006 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |