DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Frank Edmonds, Jr., | ) | |
| | ) | CASE NO. 3:03CV7482 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Gordon Lane, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the motion of the defendants for summary judgment (Docket No. 97) is GRANTED as to count four and denied as to counts one and three.

Counts five, six seven, eight and ten are dismissed without prejudice.

The trial for this case remains on the two-week standby schedule for the week beginning November 14, 2006.

The Court will conduct a final status conference (pretrial) on Monday, October 30, 2006, at 12:00 noon.

IT IS SO ORDERED.

  September 20, 2006                             */s/ David D. Dowd, Jr.*
Date                                             David D. Dowd, Jr.
                                                 U.S. District Judge