DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Frank Edmonds, Jr., | ) | |
| | ) | CASE NO. 3:03CV7482 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>MEMORANDUM OPINION</u> |
| | ) | (Resolving Doc. No. 146) |
| Neil Turner, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Before the Court is the Motion of Defendant North Central Correctional Institution

("NCCI") to Dismiss pursuant to Fed. R. Civ. Pro. 12(c) (Docket No. 146).  The Court

previously addressed an earlier motion to dismiss (Docket No. 59), granting the motion in part

and denying the motion in part. See April 28, 2006 <u>Memorandum Opinion</u>, Docket No. 91 at 4.

Defendant NCCI has reasserted  two arguments that it previously made but the Court did

not address: (1) pursuant to the Eleventh Amendment, NCCI must be dismissed as a defendant,

and (2) pursuant to <u>Will v. Michigan Dept. of Police</u>, 491 U.S. 58 (1989), NCCI is not a person

subject to liability under Section 1983 and must therefore be dismissed.

The Court granted Plaintiff leave to respond to the renewed motion to dismiss and

Plaintiff has timely filed his response. See Docket No. 153.  However, based on the <u>Will</u>

decision, the Court agrees with Defendant that as a state agency,  NCCI is not a "person" for

purposes of Section 1983 litigation. ("We find nothing substantive in the legislative history that

leads us to believe that Congress intended that the word "person" in Section 1983 included the

States of the Union." 491 U.S. at 69). <u>Cf.</u> <u>Monell v. New York City Dept. of Social Services</u>, 436

(3:03CV7482)

U.S. 658 (1978) (local and municipal governmental bodies are persons for purposes of Section 1983).[1]

Accordingly, the motion is granted (Docket No. 146) and Defendant NCCI is dismissed. However, this action will proceed against the other named Defendants as to Counts One and Three of the Second Amended Complaint.

IT IS SO ORDERED.


  December 5, 2006              /s/ David D. Dowd, Jr.
Date                          David D. Dowd, Jr.
                              U.S. District Judge

---

[1]Because of the Court's ruling that NCCI is not a person for purposes of Section 1983, the Court will not address the additional argument that suit against NCCI is barred by the Eleventh Amendment.

2