DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Frank Edmonds, Jr. | ) | |
| | ) | CASE NO. 03CV7482 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Neil Turner, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion to dismiss (Docket No. 146) is granted and Defendant North Central Correctional Institution is dismissed from this action.

IT IS SO ORDERED.

| | |
|---|---|
|  December 5, 2006 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |