DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Frank Edmonds, Jr. | ) | |
| | ) | CASE NO. 03CV7482 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Neil Turner, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Count One of the Second Amended Complaint is dismissed in its entirety. This action will proceed against the remaining named Defendants as to Count Three of the Second Amended Complaint.

IT IS SO ORDERED.

| | |
|---|---|
|  December 14, 2006  |  */s/ David D. Dowd, Jr.*  |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |